# Exhibit B

THIS AGREEMENT IS MADE April 24, 2001, BETWEEN

(1)   MANNESMANN DEMATIC RAPISTAN CORPORATION, a corporation organized under the laws of the State of Michigan, whose head office is located at 507 Plymouth Avenue, NE Grand Rapids, Michigan 49505,

and

(2)   MANNESMANN DEMATIC POSTAL AUTOMATISATION S.A., a *société anonyme* organized under the laws of France, whose head office is located at 14, avenue Raspail, 94257 Gentilly Cedex.

## RECITALS

Whereas the parties hereto are parties to a Patent and Know-How License Agreement dated [August 14, 1998] (the "Patent and Know-How License Agreement").

Whereas, Alcatel Postal Automation Systems has been acquired by Mannesmann Dematic S.A. on November 2, 1998 and has since such date changed its corporate name to Mannesmann Dematic Postal Automation S.A.

The parties to the Patent and Know-How License Agreement have agreed that the Patent and Know-How License Agreement should be amended as set forth herein.

## IT IS AGREED AS FOLLOWS:

1. Section 3.1(b) of the Patent and Know-How License Agreement is amended by adding the following language after the word America in line 6: "but in no event shall subsequent contracts include orders by USPS for delivery point sequencing systems";

2. Amendment by replacement of Section 10.3 of the Patent and Know-How License Agreement by the following paragraph:

"10.3 Royalties for NGFSM produced under subsequent contracts shall be 3% OF net sales price less installation costs (currently about $229,000 per unit) which would result in a royalty of about $29,130 per unit based on current net sales price. APAS shall have the right to audit Rapistan's books and records to verify the proper calculation of the royalty payments."

3. <u>Effective Date</u>

The amendment set out in this Agreement shall be effective as of the date hereof.

4. <u>Continued Effect</u>

Except as amended by the terms of this Agreement, the Patent and Know-How License Agreement shall continue in full force and effect.

5. <u>Counterparts</u>

This Agreement may be executed in more than one part on the basis that all parts when read together shall constitute one and the same instrument.

MANNESMANN DEMATIC POSTAL AUTOMATISATION S.A.

By: _____
Title: _____

MANNESMANN DEMATIC RAPISTAN CORPORATION

By: _____
    Steven A. Axelrod
    Vice President
Title: Federal Systems Operations

PA 140017.v2

- 3 -