IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SOLYSTIC SAS,

        Plaintiff,

v.

MANNESMANN DEMATIC RAPISTAN CORP., SIEMENS DEMATIC RAPISTAN CORP. (a/k/a SIEMENS DEMATIC CORPORATION), SIEMENS ENERGY & AUTOMATION, INC, POSTAL AUTOMATION DIVISION (a/k/a SIEMENS DEMATIC POSTAL AUTOMATION L.P.), SIEMENS ENERGY & AUTOMATION, INC, SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS, INC., and DEMATIC CORP.,

        Defendants.

07-Civ.-_____ ( )

ECF Case

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Solystic SAS (a private non-governmental party) certifies that the following are corporate parents, affiliates and/ or subsidiaries of said party which are publicly held:

NGC Denmark ApS

Northrop Grumman Overseas Holdings, Inc.

Northrop Grumman Systems Corporation

April 18, 2007                                    Respectfully submitted,

                                                  FRIED FRANK HARRIS SHRIVER &
                                                    JACOBSON LLP

                                                  _____
                                                  Elliot E. Polebaum (EP-4015)
                                                  John A. Borek (JB-3135)

                                                  1001 Pennsylvania Avenue, N.W.
                                                  Suite 800
                                                  Washington, D.C. 20004
                                                  Tel.: (202) 639-7000

                                                  One New York Plaza
                                                  New York, NY 10004
                                                  Tel.: (212) 859-8000

                                                  Counsel for Plaintiff

285365

SOLYSTICS SAS,

                              Plaintiff,

              - against -                  07-Civ.-_____( )

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a
SIEMENS DEMATIC CORPORATION), SIEMENS
ENERGY & AUTOMATION, INC, POSTAL
AUTOMATION DIVISION (a/k/a SIEMENS
DEMATIC POSTAL AUTOMATION L.P.),
SIEMENS ENERGY & AUTOMATION, INC,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS, INC., and DEMATIC CORP.,

                              Defendants.

---

**RULE 7.1 STATEMENT**

---

JOHN A. BOREK (JB-3135)
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004 - 1980
(212) 859 - 8000

Attorneys for Plaintiff
SOLYSTIC SAS