EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SOLYSTIC SAS,

                        Plaintiff (s),

      -against-

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP.
(a/k/a SIEMENS DEMATIC CORP.), SIEMENS
ENERGY & AUTOMATION, INC., POSTAL
AUTOMATION DIVISION (a/k/a SIEMENS
DEMATIC POSTAL AUTOMATION L.P.),
SIEMENS ENERGY & AUTOMATION, INC,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS, INC., and DEMATIC CORP.,

                        Defendant (s).
-----------------------------------------------------------------------X

Index No. 07 CV 3143
AFFIDAVIT OF SERVICE

STATE OF MICHIGAN    )
                            :s.s.:
COUNTY OF KENT       )

      SHARON L. HELSEL, being duly sworn deposes and says:

      I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Michigan.

      I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint and Demand for Jury Trial, Rule 7.1 Statement, Individual Practices of Judge Peter K. Leisure, Individual Practices of Judge Francis and Guidelines for Electronic Case Filing for the above entitled-action to be served upon Dematic Corp., defendant herein named.

On the 25th day of June, 2007, at approximately 4:25 p.m. at 500 Plymouth Avenue, NE, Grand Rapids, Michigan, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE, INDIVIDUAL PRACTICES OF JUDGE FRANCIS and GUIDELINES FOR ELECTRONIC CASE FILING, in the above-entitled action upon DEMATIC CORP., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Dan McKee. At time of service, Mr. McKee identified himself as the Administrative Assistant for Dematic Corp. and as a person authorized to accept service of process for Dematic Corp.

Mr. McKee is a Caucasian male, approximately 23 years of age, 6'0" tall, 180 lbs, with dark hair and dark eyes.

Sworn to before me this
26th day of June, 2007

*[signature]*
NOTARY PUBLIC
JOAN MONTGOMERY, NOTARY PUBLIC
KENT COUNTY STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 01-22-2012
ACTING IN THE COUNTY OF KENT

*[signature]*
SHARON L. HELSEL

# United States District Court

| Southern | DISTRICT OF | New York |
|---|---|---|

Solystic SAS,

          Plaintiff,

V.

Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.), Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.), Siemens Energy & Automation, Inc, Siemens Logistics and Assembly Systems, Inc., and Dematic Corp.,

          Defendants.

TO: (Name and address of defendant)

Dematic Corp.
507 Plymouth Avenue, NE
Grand Rapids, MI 49505

**SUMMONS IN A CIVIL CASE**

ECF Case
CASE NUMBER:

**07 CV 3143**

**JUDGE LEISURE**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 9 2007

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE