**EPS Judicial Process Service, Inc.**
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SOLYSTIC SAS,

                                Plaintiff (s),

             -against-

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP.
(a/k/a SIEMENS DEMATIC CORP.), SIEMENS
ENERGY & AUTOMATION, INC., POSTAL
AUTOMATION DIVISION (a/k/a SIEMENS
DEMATIC POSTAL AUTOMATION L.P.),
SIEMENS ENERGY & AUTOMATION, INC,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS, INC., and DEMATIC CORP.,

                                Defendant (s).
-------------------------------------------------------------------------X

Index No. 07 CV 3143
<u>AFFIDAVIT OF SERVICE</u>

STATE OF TEXAS     )
                           :s.s.:
COUNTY OF TARRANT  )

       BLAKE A. NICHOLS, being duly sworn deposes and says:

       I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Texas.

       I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint and Demand for Jury Trial, Individual Practices of Judge Peter K. Leisure, Individual Practices of Judge Francis and Guidelines for Electronic Case Filing for the above entitled-action to be served upon Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.), defendant herein named.

On the 25th day of June, 2007, at approximately 3:06 p.m. at 1401 Nolan Ryan Expressway, Arlington, Texas, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE, INDIVIDUAL PRACTICES OF JUDGE FRANCIS and GUIDELINES FOR ELECTRONIC CASE FILING, in the above-entitled action upon SIEMENS ENERGY & AUTOMATION, INC, POSTAL AUTOMATION DIVISION (A/K/A SIEMENS DEMATIC POSTAL AUTOMATION L.P.), defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Titi Hunt. At time of service, Ms. Hunt identified herself as the Human Resources Manager for Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.) and as a person authorized to accept service of process for Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.).

Ms. Hunt is an African-American female, approximately 45 years of age, 5'10" tall, 150 lbs, with dark hair and dark eyes.

Sworn to before me this
26th day of June, 2007

_____
NOTARY PUBLIC

_____
BLAKE A. NICHOLS



NADIA G. LOZA
Notary Public, State of Texas
My Commission Expires
December 21, 2009

# United States District Court

__Southern__ DISTRICT OF __New York__

Solystic SAS,

        Plaintiff,

V.

Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.), Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.), Siemens Energy & Automation, Inc, Siemens Logistics and Assembly Systems, Inc., and Dematic Corp.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

ECF Case
CASE NUMBER: **07 CV 3143**

**JUDGE LEISURE**

TO: (Name and address of defendant)

    Siemens Energy & Automation, Inc, Postal Automation Division
    (a/k/a Siemens Dematic Postal Automation L.P.)
    1401 Nolan Ryan Expressway
    Arlington, TX 76011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Elliot E. Polebaum
    Fried, Frank, Harris, Shriver & Jacobson LLP
    1001 Pennsylvania Avenue, NW
    Washington, DC 20004-2505

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

APR 1 9 2007

DATE