**EPS Judicial Process Service, Inc.**
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SOLYSTIC SAS,

                          Plaintiff (s),

             -against-

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP.
(a/k/a SIEMENS DEMATIC CORP.), SIEMENS
ENERGY & AUTOMATION, INC., POSTAL
AUTOMATION DIVISION (a/k/a SIEMENS
DEMATIC POSTAL AUTOMATION L.P.),
SIEMENS ENERGY & AUTOMATION, INC,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS, INC., and DEMATIC CORP.,

                      Defendant (s).
-------------------------------------------------------------------------X

Index No. 07 CV 3143
<u>AFFIDAVIT OF SERVICE</u>

STATE OF MICHIGAN   )
                       :s.s.:
COUNTY OF KENT     )

         SHARON L. HELSEL, being duly sworn deposes and says:

         I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Michigan.

         I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint and Demand for Jury Trial, Rule 7.1 Statement , Individual Practices of Judge Peter K. Leisure, Individual Practices of Judge Francis and Guidelines for Electronic Case Filing for the above entitled-action to be served upon Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.), defendant herein named.

On the 25th day of June, 2007, at approximately 4:25 p.m. at 500 Plymouth Avenue, NE, Grand Rapids, Michigan, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE, INDIVIDUAL PRACTICES OF JUDGE FRANCIS and GUIDELINES FOR ELECTRONIC CASE FILING, in the above-entitled action upon SIEMENS DEMATIC RAPISTAN CORP. (A/K/A SIEMENS DEMATIC CORP.), defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Dan McKee.  At time of service, Mr. McKee identified himself as the Administrative Assistant for Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.) and as a person authorized to accept service of process for Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.).

Mr. McKee is a Caucasian male, approximately 23 years of age, 6'0" tall, 180 lbs, with dark hair and dark eyes.

Sworn to before me this
26th day of June, 2007

NOTARY PUBLIC

JOAN MONTGOMERY NOTARY PUBLIC
KENT COUNTY STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 01-22-2012
ACTING IN THE COUNTY OF KENT

SHARON L. HELSEL

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ Southern _____ **DISTRICT OF** _____ New York _____

Solystic SAS,

**SUMMONS IN A CIVIL CASE**

                  Plaintiff,

ECF Case

**V.**

CASE NUMBER:

Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan
Corp. (a/k/a Siemens Dematic Corp.), Siemens Energy & Automation,
Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automatic
L.P.), Siemens Energy & Automation, Inc, Siemens Logistics and
Assembly Systems, Inc., and Dematic Corp.,

**07 CV 3143**

                  Defendants.

**JUDGE LEISURE**

TO: (Name and address of defendant)

Siemens Dematic Rapistan Corp.
(a/k/a Siemens Dematic Corp.)
507 Plymouth Avenue, NE
Grand Rapids, MI 49505

      **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

**J. MICHAEL McMAHON**

APR 1 9 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK