EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SOLYSTIC SAS,

                      Plaintiff (s),

       -against-

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP.
(a/k/a SIEMENS DEMATIC CORP.), SIEMENS
ENERGY & AUTOMATION, INC., POSTAL
AUTOMATION DIVISION (a/k/a SIEMENS
DEMATIC POSTAL AUTOMATION L.P.),
SIEMENS ENERGY & AUTOMATION, INC,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS, INC., and DEMATIC CORP.,

                      Defendant (s).
-----------------------------------------------------------------------X

Index No. 07 CV 3143
AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                             :s.s.:
COUNTY OF FULTON    )

      NICK MALLAS, being duly sworn deposes and says:

      I am not a party to this action, am over the age of eighteen years of age, and reside in the State of Georgia.

      I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint and Demand for Jury Trial, Rule 7.1 Statement, Individual Practices of Judge Peter K. Leisure, Individual Practices of Judge Francis and Guidelines for Electronic Case Filing for the above entitled-action to be served upon CT Corporation System agents for Siemens Energy & Automation, defendant herein named.

On the 25th day of June, 2007, at approximately 2:45 p.m. at 1201 Peachtree Street, NE Atlanta, Georgia, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT AND DEMAND FOR JURY TRIAL, RULE 7.1 STATEMENT, INDIVIDUAL PRACTICES OF JUDGE PETER K. LEISURE, INDIVIDUAL PRACTICES OF JUDGE FRANCIS and GUIDELINES FOR ELECTRONIC CASE FILING, in the above-entitled action upon CT CORPORATION SYSTEM agents for SIEMENS ENERGY & AUTOMATION, defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Heather Proffitt. At time of service, Ms. Proffitt identified herself as an employee for CT Corporation Systems, who are the registered agents and are authorized to accept service of process for Siemens Energy & Automation.

Ms. Proffitt is a Caucasian female, approximately 21-29 years of age, 5'5" tall, 180 lbs, with dark hair and dark eyes.

Sworn to before me this
27th day of June, 2007

NOTARY PUBLIC

NICK MALLAS

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Solystic SAS,

           Plaintiff,

V.

Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp. (a/k/a Siemens Dematic Corp.), Siemens Energy & Automation, Inc, Postal Automation Division (a/k/a Siemens Dematic Postal Automation L.P.), Siemens Energy & Automation, Inc, Siemens Logistics and Assembly Systems, Inc., and Dematic Corp.,

           Defendants.

**SUMMONS IN A CIVIL CASE**

ECF Case
CASE NUMBER: **07 CV 3143**

**JUDGE LEISURE**

TO: (Name and address of defendant)

Siemens Energy & Automation, Inc
3333 Old Milton Parkway
Alpharetta, GA 30005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elliot E. Polebaum
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2505

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 1 9 2007

CLERK

(BY) DEPUTY CLERK

DATE