IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLYSTIC SAS, | |
| Plaintiff, | 07-CV-3143 (PKL) |
| -vs- | ECF Case |
| MANNESMANN DEMATIC RAPISTAN CORP., SIEMENS DEMATIC RAPISTAN CORP. (a/k/a SIEMENS DEMATIC CORPORTION), SIEMENS ENERGY & AUTOMATION, INC., POSTAL AUTOMATION DIVISION (a/k/a SIEMENS DEMATIC POSTAL AUTOMATION L.P.), SIEMENS ENERGY & AUTOMATION, INC., SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS, INC., and DEMATIC CORP., | **DEFENDANT DEMATIC CORP.'S RULE 7.1 STATEMENT** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dematic Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: July 16, 2007

David Prager (DP 4009)
Bond, Schoeneck & King, PLLC
330 Madison Avenue
New York, New York 10017
646.253.2300
Counsel for Dematic Corp.

-and-

                    Andrea J. Bernard (Michigan P 49209)
                    Brian T. Lang (Michigan P 63250)
                    Warner Norcross & Judd LLP
                    900 Fifth Third Center
                    111 Lyon Street, NW
                    Grand Rapids, MI 49503
                    616.752.2000
                    Co-counsel for Dematic Corp.
                    *(pro hac vice admission pending)*

MK184005-1