IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLYSTIC SAS,<br><br>             Plaintiff,<br><br>v.<br><br>MANNESMANN DEMATIC RAPISTAN CORP., SIEMENS DEMATIC RAPISTAN CORP. (a/k/a SIEMENS DEMATIC CORPORATION), SIEMENS ENERGY & AUTOMATION, INC., POSTAL AUTOMATION DIVISION (a/k/a SIEMENS DEMATIC POSTAL AUTOMATION L.P.), SIEMENS ENERGY & AUTOMATION , INC., SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS, INC., and DEMATIC CORP.,<br><br>             Defendants. | **07-CV-3143 (PKL)**<br><br>**ECF Case**<br><br>**RULE 7.1 STATEMENT** |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

**TO THE HONORABLE COURT:**

      Defendant Siemens Energy & Automation, Inc. files this, its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a) and states that it is wholly owned by Siemens Corporation, a Delaware Corporation, which has two shareholders: Siemens USA Holdings, Inc., a Delaware corporation which holds 87.07% of Siemens Corporation, and Siemens Switzerland AG, which holds 12.93% of Siemens Corporation. Siemens USA Holdings, Inc. is a wholly-owned subsidiary of Siemens AG, Germany, and Siemens Switzerland AG is a wholly-owned subsidiary of Siemens Beteiligungs-Verwaltung AG, which in turn is a wholly owned subsidiary of Siemens AG, Germany. Siemens AG, Germany, is a publicly held corporation.

Siemens Energy & Automation, Postal Automation Division is a division of Siemens Energy & Automation, Inc. and is not a separate corporate party.

Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., and Siemens Logistics & Assembly Systems, Inc. are not existing corporate entities.

July 16, 2007

        Respectfully submitted,

        _____/s/_____
        Mark S. Cohen (MC 9055)
        Sandra C McCallion (SM 0833)
        **COHEN & GRESSER LLP**
        100 Park Avenue, 23rd Floor
        New York, New York 10017
        Main No.: (212) 757-7600
        Fax No.: (212) 957-4514

        David S. Coale
        Rebecca Visosky
        **CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
        901 Main Street, Suite 5500
        Dallas, Texas 75202
        Telephone: (214) 855-3000
        Facsimile: (214) 855-1333

        *Attorneys for Defendants Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens Energy & Automation, Inc. and Siemens Energy & Automation, Inc. - Postal Automation Division*