UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

Solystic, SAS

                        Plaintiff,                  07 CIVIL 03143 (PKL)

                    -against-

Mannesmann Dematic
Rapistan Corp.         Defendant.
-------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __David E. Prager, Esq.__

☐ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        DP 4009

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ **Law Firm/Government Agency Association**

    From: __Sills Cummis Epstein & Gross, ~~PLLC~~ LP__

    To: __Bond Schoeneck & King, PLLC__

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** 330 Madison Avenue

☑ **Telephone Number:** 646-253-2300; 646-253-2330

☑ **Fax Number:** 646-253-2330

☑ **E-Mail Address:** dprager@bsk.com

Dated: Aug 8, 2007