UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SOLYSTIC SAS,

        Plaintiff,     :   07-CV-3143 (PKL)

       -against-     :   **MOTION TO ADMIT COUNSEL PRO HAC VICE**

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a
SIEMENS DEMATIC CORPORATION),
SIEMENS ENERGY & AUTOMATION,
INC., POSTAL AUTOMATION DIVISION
(a/k/a SIEMENS DEMATIC POSTAL
AUTOMATION L.P., SIEMENS ENERGY
& AUTOMATION , INC., SIEMENS LOGISTICS
AND ASSEMBLY SYSTEMS, INC., and
DEMATIC CORP.,

        Defendants.

------------------------------------------------------------- X

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts of

the Southern and Eastern Districts of New York, I, Sandra C. McCallion, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admissions pro hac vice

of

    David S. Coale
    CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
    901 Main Street, Suite 5500
    Dallas, Texas 75202
    Telephone: (214) 855-3000
    Facsimile: (214) 855-1333
    Email Address: dcoale@ccsb.com

    and

Rebecca Visosky
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 855-1333
Email Address: rvisosky@ccsb.com

According to the attached certificates of good standing, DAVID S. COALE and

REBECCA VISOSKY are members in good standing of the Bar of the State of Texas.  To the

best of movant's knowledge, there are no pending disciplinary proceedings against Mr. Coale or

Ms. Visosky in any State or Federal court.

Dated: New York, New York
       July 31, 2007

Respectfully submitted,

Sandra C. McCallion (SC 0833)
Cohen & Gresser LLP
100 Park Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 957-7600
Facsimile: (212) 957-4514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SOLYSTIC SAS,                                    :
                                                 :
                              Plaintiff,          :   07-CV-3143 (PKL)
                                                 :
                                                 :   **DECLARATION OF SANDRA C.**
             -against-                            :   **McCALLION**
                                                 :
                                                 :
MANNESMANN DEMATIC RAPISTAN CORP.,                :
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a             :
SIEMENS DEMATIC CORPORATION),                     :
SIEMENS ENERGY & AUTOMATION,                      :
INC., POSTAL AUTOMATION DIVISION                  :
(a/k/a SIEMENS DEMATIC POSTAL                     :
AUTOMATION L.P., SIEMENS ENERGY                   :
& AUTOMATION , INC., SIEMENS LOGISTICS            :
AND ASSEMBLY SYSTEMS, INC., and                   :
DEMATIC CORP.,                                    :
                                                 :
                              Defendants.          :
-------------------------------------------------------------- x

     SANDRA C. McCALLION, an attorney duly admitted to practice before this Court and in the courts of New York State, hereby declares the following to be true under penalty of perjury:

     1.     I am a member of Cohen & Gresser LLP, counsel for defendants Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens Energy & Automation, Inc. and Siemens Energy & Automation, Inc. – Postal Automation Division (collectively, the "Siemens Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this declaration based on my personal knowledge of the facts set forth herein and in support of the Siemens Defendants'

motion to admit David S. Coale and Rebecca Visosky as counsel pro hac vice to represent them in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1994.  I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.      Mr. Coale is a member of Carrington, Coleman, Sloman & Blumenthal, L.L.P. in Dallas, Texas, and Ms. Visosky is associated with that firm.

4.      The certificates reflecting that Mr. Coale and Ms. Visosky are in good standing in the Texas Bar are attached as Exhibits A and B, respectively.

5.      Accordingly, I am pleased to move for the admission of David S. Coale and Rebecca Visosky pro hac vice.

6.      I respectfully submit a proposed order granting the admission of David S. Coale and Rebecca Visosky pro hac vice, which is attached hereto as Exhibit C.

WHEREFORE, it is respectfully requested that the motion to admit David S. Coale and Rebecca Visosky, pro hac vice, to represent the Siemens Defendants in the above-captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

SANDRA C. McCALLION (SC 0833)

Executed on July 30, 2007

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

July 13, 2007

Re:    David S. Coale, State Bar Number 00787255

To Whom It May Concern:

This is to certify that Mr. David S. Coale was licensed to practice law in Texas on November 5, 1993, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Coale's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



**P.O. BOX 12487,  AUSTIN,  TEXAS 78711-2487,  512-453-5535 or 1-877-953-5535**

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

July 12, 2007

Re:    Rebecca Lynn Visosky, State Bar Number 24027113

To Whom It May Concern:

This is to certify that Ms. Rebecca Lynn Visosky was licensed to practice law in Texas on November 1, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Ms. Visosky's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



**P.O. BOX 12487,  AUSTIN,  TEXAS 78711-2487,  512-453-5535 or 1-877-953-5535**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SOLYSTIC SAS,                                                :
                                                            :
                                    Plaintiff,              :   07-CV-3143 (PKL)
                                                            :
                                                            :
                    -against-                               :   **ORDER FOR ADMISSION PRO**
                                                            :   **HAC VICE ON WRITTEN**
                                                            :   **MOTION**
                                                            :
MANNESMANN DEMATIC RAPISTAN CORP.,                          :
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a                       :
SIEMENS DEMATIC CORPORATION),                               :
SIEMENS ENERGY & AUTOMATION,                                :
INC., POSTAL AUTOMATION DIVISION                            :
(a/k/a SIEMENS DEMATIC POSTAL                               :
AUTOMATION L.P., SIEMENS ENERGY                             :
& AUTOMATION , INC., SIEMENS LOGISTICS                      :
AND ASSEMBLY SYSTEMS, INC., and                             :
DEMATIC CORP.,                                              :
                                                            :
                                    Defendants.             :
------------------------------------------------------------ x

Upon the motion of Sandra C. McCallion, attorney for defendants Mannesmann Dematic

Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc.,

Siemens Energy & Automation, Inc. and Siemens Energy & Automation, Inc. – Postal

Automation Division, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

> David S. Coale
> CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
> 901 Main Street, Suite 5500
> Dallas, Texas 75202
> Telephone: (214) 855-3000
> Facsimile: (214) 855-1333
> Email Address: dcoale@ccsb.com

> and

Rebecca Visosky
CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone: (214) 855-3000
Facsimile: (214) 7855-1333
Email Address: rvisosky@ccsb.com

are admitted to practice pro hac vice as counsel for defendants Mannesmann Dematic Rapistan

Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens

Energy & Automation, Inc. and Siemens Energy & Automation, Inc. – Postal Automation

Division  in the above captioned case in the United States District Court for the Southern District

of New York.  All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys.  If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
     New York, New York

 

                                _____
                                United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SOLYSTIC SAS,                                        :
                                                     :
                              Plaintiff,             :     07-CV-3143 (PKL)
                                                     :
                                                     :     **AFFIDAVIT OF SERVICE**
              -against-                              :
                                                     :
                                                     :
MANNESMANN DEMATIC RAPISTAN CORP.,                   :
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a                :
SIEMENS DEMATIC CORPORATION),                        :
SIEMENS ENERGY & AUTOMATION,                         :
INC., POSTAL AUTOMATION DIVISION                     :
(a/k/a SIEMENS DEMATIC POSTAL                        :
AUTOMATION L.P., SIEMENS ENERGY                      :
& AUTOMATION , INC., SIEMENS LOGISTICS               :
AND ASSEMBLY SYSTEMS, INC., and                      :
DEMATIC CORP.,                                       :
                                                     :
                              Defendants.            :
------------------------------------------------------------------ x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK  )

        DEBBIE STEIN, being duly sworn, deposes and says:

        1.      I am above the age of 18 years and not a party to this action.

        2.      On August 3, 2007, I served the annexed Motion to Admit Counsel Pro Hac Vice

on:

        Elliot E. Polebaum
        Fried, Frank, Harris, Shriver & Jacobson, LLP
        1001 Pennsylvania Avenue, N.W., Suite 800
        Washington, DC 20004

        John A. Borek
        Fried, Frank, Harris, Shriver & Jacobson
        One New York Plaza
        New York, NY 10011

and

      David Ellis Prager
      Sills Cummis Epstein & Gross, P.C.
      30 Rockefeller Plaza, 27th Floor
      New York, NY 10112

by depositing true and correct copies of the above-mentioned papers, securely enclosed in

properly addressed prepaid wrappers directed to the above-mentioned attorneys at the addresses

above in an official depository under the exclusive care and custody of the United States Postal

Service.

Debbie Stein

Sworn to before me this
3rd day of August, 2007

Notary Public

HARVEY B. SILIKOVITZ
Notary Public, State of New York
No. 02SI6115686
Qualified in New York County
Commission Expires September 13, 20 08