```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SOLYSTIC SAS,                                    :
                                                 :
                        Plaintiff,               :  07-CV-3143 (PKL)
                                                 :
                                                 :  **ORDER FOR ADMISSION PRO**
            -against-                            :  **HAC VICE ON WRITTEN**
                                                 :  **MOTION**
                                                 :
MANNESMANN DEMATIC RAPISTAN CORP.,               :
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a            :
SIEMENS DEMATIC CORPORATION),                    :
SIEMENS ENERGY & AUTOMATION,                     :
INC., POSTAL AUTOMATION DIVISION                 :
(a/k/a SIEMENS DEMATIC POSTAL                    :
AUTOMATION L.P., SIEMENS ENERGY                  :
& AUTOMATION , INC., SIEMENS LOGISTICS           :
AND ASSEMBLY SYSTEMS, INC., and                  :
DEMATIC CORP.,                                   :
                                                 :
                        Defendants.              :
------------------------------------------------------------ x

      Upon the motion of Sandra C. McCallion, attorney for defendants Mannesmann Dematic

Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc.,

Siemens Energy & Automation, Inc. and Siemens Energy & Automation, Inc. – Postal

Automation Division, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

      David S. Coale
      CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
      901 Main Street, Suite 5500
      Dallas, Texas 75202
      Telephone: (214) 855-3000
      Facsimile: (214) 855-1333
      Email Address: dcoale@ccsb.com

      and



>Rebecca Visosky
>CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P.
>901 Main Street, Suite 5500
>Dallas, Texas 75202
>Telephone: (214) 855-3000
>Facsimile: (214) 7855-1333
>Email Address: rvisosky@ccsb.com

are admitted to practice pro hac vice as counsel for defendants Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens Energy & Automation, Inc. and Siemens Energy & Automation, Inc. – Postal Automation Division in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *Aug. 20, 2007*
New York, New York

>*[signature]*
>United States District Judge