AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 1:07-cv-3143

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mannesmann Dematic Rapistan Corp.
Siemens Dematic Rapistan Corp.
Siemens Energy & Automation, Inc.
Siemens Energy & Automation, Inc., Postal Automation Division
Siemens Logistics and Assembly Systems, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 22, 2007 | _[signature]_ |
| Date | Signature |
| | Rebecca Visosky (pro hac vice admitted) |
| | Print Name — Texas Bar No. 24027113 — Bar Number |
| | 901 Main Street, Suite 5500 |
| | Address |
| | Dallas — TX — 75202 |
| | City — State — Zip Code |
| | (214) 855-3000 — (214) 855-1333 |
| | Phone Number — Fax Number |
| | Email: rvisosky@ccsb.com |