LEISURE, S,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SOLYSTIC SAS,                                        :

              Plaintiff,                    :          07-CV-3143 (PKL)

        v.                                         :          ECF Case

MANNESMANN DEMATIC RAPISTAN CORP.,                  :
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a               :          **STIPULATION AND ORDER**
SIEMENS DEMATIC CORPORATION), SIEMENS              :          **DISMISSING SPECIFIED**
ENERGY & AUTOMATION, INC., POSTAL                    :          **DEFENDANTS WITHOUT**
AUTOMATION DIVISION (a/k/a SIEMENS                   :          **PREJUDICE**
DEMATIC POSTAL AUTOMATION L.P.),                    :
SIEMENS ENERGY & AUTOMATION, INC.,                   :
SIEMENS LOGISTICS AND ASSEMBLY                       :
SYSTEMS, INC., and DEMATIC CORP.,                    :

              Defendants.                   :
-------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for each and all of the respective parties to this action that Siemens Energy &

Automation, Inc. is the successor to the benefits and obligations running to Mannesmann

Dematic Rapistan Corporation under the Patent and Know-How License Agreement between

Mannesmann Dematic Rapistan Corporation and Alcatel Postal Automation Systems, as

amended on April 24, 2001, and attached as Exhibits A and B to Solystic SAS's

Complaint commencing this action.

       IT IS FURTHER STIPULATED AND AGREED, pursuant to Fed. R. Civ. P.

41(a), that this action shall be and is hereby dismissed without prejudice as against the following

defendants: **Dematic Corp.; Mannesmann Dematic Rapistan Corp.; Siemens Dematic**

**Rapistan Corp. (a/k/a Siemens Dematic Corporation); Siemens Energy & Automation,**

**Inc., Postal Automation Division (a/k/a Siemens Dematic Postal Automation, L.P.); and**

13874.1 8/22/2007

Siemens Logistics & Assembly Systems, Inc., each party to bear its own costs. This

Stipulation of Dismissal shall be submitted to the Court for entry as an Order, upon the review

and imprimatur of the Court.

FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP


Elliot E. Polebaum (EP-4015)
John A. Borek (JB-3135)

1001 Pennsylvania Avenue, NW
Suite 800
Washington D.C., 20004
(202) 639-70000
One New York Plaza
New York, NY 10004
(212) 859-8000

Counsel for Plaintiff

BOND, SCHOENECK & KING PLLC


David E. Prager (DP 4009)

330 Madison Avenue
New York, NY 10017
(646) 253-2300

Counsel for Dematic Corp.
-and-

Andrea J. Bernard (Michigan P 49209)
Brian T. Lang (Michigan P 63250)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
(616) 752-2000

Co-counsel for Dematic Corp.

COHEN & GRESSER


Mark S. Cohen (MC 9055)
Sandra C. McCallion (SM 0833)

100 Park Avenue, 23rd Floor
New York, NY 10017
(212) 757-7600

Counsel for:
Mannesmann Dematic Rapistan Corp.;
Siemens Dematic Rapistan Corp.;
Siemens Energy & Automation, Inc., Postal Automation Division;
Siemens Energy & Automation, Inc.; and

13874.1 8/22/2007

Siemens Logistics & Assembly Systems, Inc.

-and-

CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP

David S. Coale
Rebecca Visosky
(*admitted pro hac vice*)

901 Main Street, Suite 5500
Dallas, TX 75202
(214) 855-3000

Co-counsel for:
Mannesmann Dematic Rapistan Corp.;
Siemens Dematic Rapistan Corp.;
Siemens Energy & Automation, Inc., Postal Automation Division;
Siemens Energy & Automation, Inc.; and
Siemens Logistics & Assembly Systems, Inc.

Dated: New York, N.Y.
~~September~~ ____, 2007
*August 30*

SO ORDERED:    9/05/07

Hon. Peter K. Leisure
U.S. District Court Judge

13874.1 8/22/2007