UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLYSTIC SAS,

        Plaintiff,

v.

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a
SIEMENS DEMATIC CORPORATION),
SIEMENS ENERGY & AUTOMATION,
INC., POSTAL AUTOMATION DIVISION
(a/k/a SIEMENS DEMATIC POSTAL
AUTOMATION L.P.), SIEMENS ENERGY
& AUTOMATION, INC., SIEMENS LOGISTICS
AND ASSEMBLY SYSTEMS, INC., and
DEMATIC CORP.,

        Defendants.

07-CV-3143 (PKL)

**ECF Case**

**STIPULATION AND ORDER
TO STAY ACTION**



---

    WHEREAS Plaintiff Solystic SAS filed this action on April 19, 2007 against Defendants Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens Energy & Automation, Inc., Siemens Energy & Automation, Inc. – Postal Automation Division and Dematic Corp;

    WHEREAS all of the named defendants, except Siemens Energy & Automation, Inc., were dismissed by Stipulation and Order of Dismissal dated September 5, 2007;

    WHEREAS Solystic SAS and Siemens Energy & Automation, Inc. (collectively, the "Parties") have reached a settlement in principle, subject to approval of mutually agreeable final settlement documents, to resolve this action and the parallel arbitration proceeding (Case No. 50 133 T 00133 07, International Centre for Dispute Resolution) in their entirety;

1

WHEREAS the Parties seek a stay of this action while they are preparing the appropriate settlement and dismissal papers or until either of the Parties applies to lift the stay because the contemplated settlement is not finalized in which case the Parties will petition the Court for a modification of the deadlines set forth in the current Civil Case Management Plan; and

WHEREAS the Parties are seeking a similar stay in the above-referenced arbitration proceeding,

**IT IS NOW THEREFORE STIPULATED AND AGREED, by and among the undersigned counsel,** that this action is stayed in its entirety, including without limitation all deadlines set forth in the Civil Case Management Plan which have not already passed as of the date of this Stipulation and any hearings, status conferences, discovery and motion practice, until the Parties submit an agreed order dismissing this action or until either of the Parties applies to lift the stay because the contemplated settlement is not finalized.

**IT IS FURTHER STIPULATED AND AGREED, by and among the undersigned counsel,** that the aforesaid stay alleviates any obligation of the Parties to object or respond to currently pending discovery requests until and unless the stay is lifted at which time the Parties will confer regarding mutually agreeable due dates for said discovery objections and responses.

Dated: November 30, 2007

APPROVED AND AGREED TO BY:

_____
COHEN & GRESSER LLP
Mark S. Cohen (MC 9055)
Sandra C McCallion (SM 0833)
100 Park Avenue, 23rd Floor
New York, New York 10017
Main No.: (212) 757-7600
Fax No.: (212) 957-4514

CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, LLP
David S. Coale (*admitted pro hac vice*)
Rebecca Visosky (*admitted pro hac vice*)
901 Main Street
Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214-855-1333

*Attorneys for Defendant
Siemens Energy & Automation, Inc.*


SO ORDERED:

_____
Hon. Peter K. Leisure
United States District Judge

_Elliot Polebaum_ (w/permission RW805)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
Elliot E. Polebaum (EP-4015)

1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004
Telephone: 202-639-7000
Facsimile: 202-639-7003

One New York Plaza
New York, NY 10004
Telephone: 212-859-8000
Facsimile: 212-859-4000

*Attorneys for Plaintiff Solystic SAS*

DATED: 12/11/07

3