Leisure / J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOLYSTIC SAS,

    Plaintiff,

v.

MANNESMANN DEMATIC RAPISTAN CORP.,
SIEMENS DEMATIC RAPISTAN CORP. (a/k/a
SIEMENS DEMATIC CORPORATION),
SIEMENS ENERGY & AUTOMATION,
INC., POSTAL AUTOMATION DIVISION
(a/k/a SIEMENS DEMATIC POSTAL
AUTOMATION L.P.), SIEMENS ENERGY
& AUTOMATION , INC., SIEMENS LOGISTICS
AND ASSEMBLY SYSTEMS, INC., and
DEMATIC CORP.,

    Defendants.

07-CV-3143 (PKL)

ECF Case

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Solystic SAS filed this action on April 19, 2007 against Defendants Mannesmann Dematic Rapistan Corp., Siemens Dematic Rapistan Corp., Siemens Logistics & Assembly Systems, Inc., Siemens Energy & Automation, Inc., Siemens Energy & Automation, Inc. – Postal Automation Division and Dematic Corp;

WHEREAS all of the named defendants, except Siemens Energy & Automation, Inc., were dismissed by Stipulation and Order of Dismissal dated September 5, 2007;

WHEREAS Solystic SAS and Siemens Energy & Automation, Inc. have settled this action and the parallel arbitration proceeding (Case No. 50 133 T 00133 07, International Centre for Dispute Resolution) in their entirety;

1

IT IS NOW THEREFORE STIPULATED AND AGREED, by and among the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action is dismissed with prejudice in its entirety, and that each party shall bear its own attorneys' fees and costs related to the same.

Dated: ~~March~~ April 11, 2008

APPROVED AND AGREED TO BY:

_____
COHEN & GRESSER LLP
Mark S. Cohen (MC 9055)
Sandra C McCallion (SM 0833)
100 Park Avenue, 23rd Floor
New York, New York 10017
Main No.: (212) 757-7600
Fax No.: (212) 957-4514
smccallion@CohenGresser.com

CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, LLP
David S. Coale (*admitted pro hac vice*)
Rebecca Visosky (*admitted pro hac vice*)
901 Main Street
Suite 5500
Dallas, TX 75202
Telephone: 214-855-3000
Facsimile: 214-855-1333
dcoale@ccsb.com
rvisosky@ccsb.com

*Attorneys for Defendant
Siemens Energy & Automation, Inc.*

SO ORDERED:

_____
Hon. Peter K. Leisure
United States District Judge

_____
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
Elliot E. Polebaum (EP-4015)
1001 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004
Telephone: 202 639-7000
Facsimile: 202-639-7003
Elliot.Polebaum@friedfrank.com

One New York Plaza
New York, NY 10004
Telephone: 212 859-8000
Facsimile: 212-859-4000

*Attorney for Plaintiff Solystic SAS*

DATED: 4/14/08

2